

M. ANDERSON BERRY (CA Bar No. 262879)
GREGORY HAROUTUNIAN (CA Bar No. 330263)
**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**
865 Howe Avenue
Sacramento, CA 95825
(916) 777-7777
aberry@justice4you.com
gharoutunian@justice4you.com

*Attorneys for Plaintiff*

JAMES F. MONAGLE (CA Bar No. 236638)
**MULLEN COUGHLIN, LLC**
309 Fellowship Rd Suite 200
Mt. Laurel, NJ 08054 (267) 930-1529
jmonagle@mullen.law

*Attorney for Defendants Syufy Enterprises, LP and Villasport, LLC*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANITA CASTRO, an individual on behalf of herself and all others similarly situated, | Case No. 3:21-cv-07887 |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REQUESTING DISMISSAL WITH PREJUDICE** |
| v. | |
| SYUFY ENTERPRISES, LP, and VILLASPORT, LLC | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Anita Castro and Defendants Syufy Enterprises, LP, and Villasport, LLC hereby stipulate to the dismissal of this action with prejudice, and with each party bearing its own attorneys' fees and costs.  A proposed form of order is submitted herewith.

DATED this 26th day of April, 2022.


**CLAYEO C. ARNOLD,**
**A PROFESSIONAL LAW CORP.**

*/s/M. Anderson Berry*
M. ANDERSON BERRY (CA SBN. 262879)
GREGORY HAROUTUNIAN (CA SBN. 330263)
865 Howe Avenue
Sacramento, CA 95825
(916) 239-4778
aberry@justice4you.com
gharoutunian@justice4you.com

*Attorneys for Plaintiff*


**MULLEN COUGHLIN, LLC**

*/s/James F. Monagle*
JAMES F. MONAGLE (CA Bar No. 236638)
309 Fellowship Rd Suite 200
Mt. Laurel, NJ 08054
(267) 930-1529
jmonagle@mullen.law

*Attorney for Defendants Syufy Enterprises, LP*
*and Villasport, LLC*


### ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)

Pursuant to Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the signatory.

Dated:  April 26, 2022                          */s/ M. Anderson Berry*
                                                          M. Anderson Berry

JOINT STIPULATION AND ~~PROPOSED~~ ORDER

1

**[~~PROPOSED~~] ORDER**
**PURSUANT TO STIPULATION, AND FOR GOOD CAUSE SHOWN, THE**

2

**COURT ORDERS AS FOLLOWS:**

3

        The Court has been advised that this case has settled.

4

        The Initial Case Management Conference and all other existing deadlines are

5

vacated and this action is hereby dismissed with prejudice.

6

 

7

DATED this \_\_\_\_4\_\_\_\_ day of ~~April~~, 2022.
                May

8

9

                _____

10

                Hon. Edward M. Chen
                United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -